# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JUSTIN B. VINER,

    Plaintiff,        Civil Case Number: 05-72318

v.               HON. PAUL D. BORMAN
                 UNITED STATES DISTRICT JUDGE

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____ /

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

  Before the Court is the Magistrate Judge's Report and Recommendation in favor of granting Defendant's Motion for Summary Judgment and denying Plaintiff's Motion for Summary Judgment. Having reviewed that Report and Recommendation, Plaintiff's objections thereto, and Defendant's response to those objections, the Court enters as its findings and conclusions the Report and Recommendation granting Defendant's Motion for Summary Judgment and denying Plaintiff's Motion for Summary Judgment.

  **SO ORDERED.**

                s/Paul D. Borman
                PAUL D. BORMAN
                UNITED STATES DISTRICT JUDGE

Dated: July 14, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 14, 2006.

                                        s/Denise Goodine
                                        Case Manager